FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
PATRICK H. MORAN (270881)
moran@whafh.com
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

MARC S. HENZEL
LAW OFFICES OF MARC S. HENZEL
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004
Telephone: 610/660-8000
Facsimile: 610/660-8080

JOSEPH LEVI
ERIC M. ANDERSEN
LEVI & KORSINSKY, LLP
30 Broad Street, 15th Floor
New York, New York 10004
Telephone: 212-363-7500
Facsimile: 212-363-7171

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANJAY ISRANI, individually and on behalf of all others similarly situated, | ) Case No. |
| Plaintiff, | ) |
| v. | ) **NOTICE OF INTERESTED** ) **PARTIES PUSUANT TO CIVIL** ) **L.R. 3-16** |
| LARS DALGAARD, WILLIAM H. HARRIS, JR., WILLIAM E. MCGLASHAN, JR., ERIC C.W. DUNN, DOUGLAS J. BURGUM, ELIZABETH A. NELSON, SUCCESSFACTORS, INC., SAP AMERICA, INC., and SATURN EXPANSION CORPORATION, | ) ) ) ) ) ) |
| Defendants. | ) ) |

NOTICE OF INTERESTED PARTIES

1            Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2 associations of persons, firms, partnerships, corporations (including parent corporations) or other

3 entities (i) have a financial interest in the subject matter in controversy or in a party to the

4 proceedings, or (ii) have a non-financial interest in that subject matter or in a party that could be

5 substantially affected by the outcome of this proceeding:

6            Plaintiff Sanjay Israni

7            Defendant Lars Dalgaard

8            Defendant William H. Harris, Jr.

9            Defendant William E. McGlashan, Jr.

10           Defendant Eric C.W. Dunn

11           Defendant Douglas J. Burgum

12           Defendant Elizabeth A. Nelson

13           Defendant SuccessFactors, Inc.

14           Defendant SAP America, Inc.

15           Defendant Saturn Expansion Corporation

16  .

17

18 DATED: January 5, 2012          WOLF HALDENSTEIN ADLER
                               FREEMAN & HERZ LLP

19                                FRANCIS M. GREGOREK
                               BETSY C. MANIFOLD

20                                RACHELE R. RICKERT
                               PATRICK H. MORAN

21

22                             PATRICK H. MORAN

23                            750 B. Street, Suite 2770
                           San Diego, California 92101

24                            Telephone: 619/239-4599
                           Facsimile: 619/234-4599

25                            gregorek@whafh.com
                           manifold@whafh.com

26                            rickert@whafh.com

27

28

NOTICE OF INTERESTED PARTIES

- 1 -

1

2

3

4

MARC S. HENZEL
LAW OFFICES OF MARC S. HENZEL
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004
Telephone: 610/660-8000
Facsimile: 610/660-8080

5

6

7

8

9

JOSEPH LEVI
ERIC M. ANDERSEN
LEVI & KORSINSKY, LLP
30 Broad Street, 15th Floor
New York, New York 10004
Telephone: 212-363-7500
Facsimile: 212-363-7171

10

Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

SUCCESSFACTORS: 18612. NOT

22

23

24

25

26

27

28

NOTICE OF INTERESTED PARTIES

- 2 -